IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES BROWN,

    Petitioner,                    No. 2:10-cv-2191 KJM CKD P

    vs.

JAMES D. HARTLEY,                    ORDER

    Respondent.

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Following a 2007 jury trial and conviction for attempted murder, petitioner was sentenced to ten years in state prison. Petitioner alleges constitutional violations based on the alleged breach of an earlier plea agreement in which petitioner pled guilty to assault in exchange for a sentence of time served. From the record before the court, it appears that the trial court initially approved the plea, but withdrew it at the sentencing hearing in light of new information concerning petitioner's criminal history. See Cal. Penal Code § 1192.5. At petitioner's post-trial sentencing hearing before a different trial judge, petitioner raised this issue. The prosecutor confirmed that, in light of the new information, "the deal didn't go through" and the criminal case against petitioner was dismissed and re-filed with a different case number. 2 RT 565; see also 1 CT 18. This second case proceeded to trial, resulting in the conviction and

1

1  sentence now challenged by petitioner.

2  In order to make findings related to the rejection and/or withdrawal of petitioner's
3  original plea to assault, the court requires a record of these proceedings, which appear to have
4  taken place on February 21, 2007 in the Sacramento County Superior Court, Case No. 06F05149.
5  See 1 CT 21. Accordingly, the court will direct respondent to lodge any available records of that
6  case, including a transcript of the sentencing hearing, within 30 days.

7  IT IS HEREBY ORDERED THAT respondent shall lodge any available records
8  of Sacramento County Superior Court Case No. 06F05149, including a transcript of the February
9  21, 2007 sentencing hearing, or show good cause why he is unable to do so, within 30 days of
10  this order.

Dated: October 22, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
brow2191.ord